# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 09-1539 consolidated with 09-1537 and 09-1538

JOHN W. STANTON, ET AL.

VERSUS

LOUISIANA WORKERS' COMPENSATION
CORPORATION, ET AL.

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 4
PARISH OF LAFAYETTE, NO. 05-00673
SHARON MORROW, WORKERS' COMPENSATION JUDGE

**\*\*\*\*\*\*\*\*\*\***

### MARC T. AMY
### JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Jimmie C. Peters, Marc T. Amy, and J. David Painter, Judges.

**AFFIRMED.  ADDITIONAL ATTORNEY FEES AWARDED FOR WORK
PERFORMED ON APPEAL.**

Gregory E. Bodin
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
450 Laurel Street, 20th Floor
Baton Rouge, LA   70801
(225) 381-7000
COUNSEL FOR DEFENDANT/APPELLANT:
        Louisiana Workers' Compensation Corporation

Kirk L. Landry
Keogh, Cox & Wilson, Ltd.
Post Office Box 1151
Baton Rouge, LA   70821
(225) 383-3796
COUNSEL FOR DEFENDANT/APPELLANT:
        Vaughan Roofing & Sheet Metal, Inc.

**Robert M. Martina**
**Galloway & Jeffcoat, LLP**
**Post Office Box 61550**
**Lafayette, LA   70596**
**(337) 984-8020**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Integrity Contracting**

**Janice H. Barber**
**Post Office Drawer 1909**
**Sulphur, LA   70664-1909**
**(337) 625-4443**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Antonio G. Rodriguez**

AMY, Judge.

For discussion of this matter, see the opinion of the companion case at *Antonio G. Rodriguez v. Integrity Contracting, et al.*, 09-1537 (La.App. 3 Cir. __/__/10), __ So.3d __.

**AFFIRMED. ADDITIONAL ATTORNEY FEES AWARDED FOR WORK PERFORMED ON APPEAL.**